AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

JUAN PACHECO-PEREZ

*Defendant(s)*

Case No. 8:26MJ394

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2026 in the county of Sarpy in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

#8389 D.O.

*Complainant's signature*

Anthony P. Gayden ERO Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/28/2026

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION OF JUAN PACHECO-PEREZ | ) ) ) | AFFIDAVIT OF Anthony P. Gayden |

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Juan PACHECO-Perez**, with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. Defendant **PACHECO-Perez**, came to the attention of the ICE ERO Omaha Fugitive Operations team while performing at-large operations near the intersection of 72nd street and L Street in Omaha, NE on 8/26/2026.

6. At approximately 8:15am, ICE officers observed a white 2016 GMC Sierra K2500 SLE truck, with Nebraska license AXX 979. The driver parked in the parking lot of the Menards located at 7337 L Street in Omaha, NE. Officers observed three male individuals seated in the truck.

7. Vehicle registration checks showed that the vehicle is registered at the address 5030 S 20th St, Omaha, NE 68107. A search of that address showed that it is associated with Defendant **PACHECO-Perez**.

8. Defendant **PACHECO-Perez** has an expedited removal order and four prior removals from the U.S. to Mexico. No record of lawful immigration status was found. Criminal history checks also revealed a conviction for illegal entry out of Arizona and a DUI conviction from 2004 in Douglas County, NE. A photo of Defendant **PACHECO-Perez** was obtained from ICE databases and ICE officers were able to observe that Defendant **PACHECO-Perez** was the driver of the vehicle.

9. Based on that information, ICE officers followed the truck after it departed the Menards and performed a vehicle stop near the intersection of 72nd St and Pinnacle in Papillion, NE. All officers identified themselves as ICE officers and questioned the occupants regarding their identities and immigration status.

10. Defendant **PACHECO-Perez** freely admitted to ICE officers that he is a citizen of Mexico who is present in the U.S. illegally. Defendant **PACHECO-Perez** presented officers with a Mexico passport bearing his full name and photo. Defendant **PACHECO-Perez** admitted to being previously deported from the U.S.

11. Officers arrested Defendant **PACHECO-Perez** for being present in the U.S. without admission, inspection or parole after a prior deportation. ICE officers transported him to the ICE ERO Omaha office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity. Video of the arrest was captured on ICE officer's body worn cameras.

12. Defendant **PACHECO-Perez's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant **PACHECO-Perez's** current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant **PACHECO-Perez** had been arrested by DHS previously.

13. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 088 961 691) relating to this Defendant, **PACHECO-Perez.**

14. **PACHECO-Perez's** alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on 12/30/2014, pursuant to an expedited removal order on 12/14/2013 in Imperial Beach, CA.

15. A search of DHS databases failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **PACHECO-Perez.**

16. Affiant believes there is probable cause that Defendant **PACHECO-Perez** is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#8389 D.O.

______________________________
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

SUBSCRIBED and SWORN to before
me this 28th day of August, 2026.

______________________________
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE
District of Nebraska